

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00379-CV

**ARGONAUT INSURANCE COMPANY, AND
TRIDENT INSURANCE SERVICES, LLC,**

**Appellants**

**v.**

**WEST INDEPENDENT SCHOOL DISTRICT,**

**Appellee**

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2014-1985-4**

---

## MEMORANDUM OPINION

---

Appellants Argonaut Insurance Company and Trident Insurance Services, LLC appealed the trial court's interlocutory order denying appellants' plea to the jurisdiction. They now file a motion to dismiss their appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a). West I.S.D. had also filed a motion to dismiss on December 19, 2014. Its motion is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Motion dismissed as moot
Opinion delivered and filed February 5, 2015
[CV06]

